JESS R. BRESSI (Bar. No. 110264)
jess.bressi@dentons.com
JAE K. PARK (Bar No. 234474)
jae.park@dentons.com
DENTONS US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Defendants/Counterclaimants
**960 N LA BREA, LLC, 703 MCKINNEY, LLC, JOHN REED FITNESS LA, LLC, 799 VAN NESS, LLC, and RSG GROUP NORTH AMERICA LP formerly known as 1Up FITNESS GROUP NORTH AMERICA LP**

NOTE: CHANGES MADE BY THE COURT

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERRANTE KOBERLING CONSTRUCTION, INC., a California corporation, and FERRANTE KOBERLING CONSTRUCTION TX, INC., a Texas corporation;<br><br>        Plaintiffs/Counter-Defendants,<br>v.<br><br>960 N LA BREA, LLC, a Delaware limited liability company; 1UP FITNESS GROUP NORTH AMERICA, L.P., a Delaware limited partnership; 703 MCKINNEY, LLC, a Delaware limited liability company; JOHN REED FITNESS LA, LLC, a Delaware limited liability company; 799 VAN NESS, LLC, a Delaware limited liability company; RSG GROUP NORTH AMERICA, a Delaware limited partnership,<br><br>        Defendants/Counter-Claimants. | CASE NO. 2:20-cv-10301-JFW-GJSx<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL AFTER SETTLEMENT, WITH PREJUDICE**<br><br>JUDGE: Hon. John F. Walter<br>DEPT: Courtroom 7A |

DENTONS US LLP
601 S. FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017
(213) 623-9300

960 N LA BREA, LLC, a Delaware limited liability company; 1UP FITNESS GROUP NORTH AMERICA, L.P., a Delaware limited partnership; 703 MCKINNEY, LLC, a Delaware limited liability company; JOHN REED FITNESS LA, LLC, a Delaware limited liability company; 799 VAN NESS, LLC, a Delaware limited liability company; RSG GROUP NORTH AMERICA, a Delaware limited partnership,

Counter-Claimants,

v.

FERRANTE KOBERLING CONSTRUCTION, INC., a California corporation, and FERRANTE KOBERLING CONSTRUCTION TX, INC., a Texas corporation,

Counter-Defendants.

**ORDER**

The foregoing Stipulation of the parties is accepted and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Date: June 25, 2021

Hon. John F. Walter, U.S. District Court Judge